**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00851-CV

## MERRITT, HAWKINS & ASSOCIATES, LLC, Appellant

## V.

## CHRIS CAPORICCI AND MATTHEW CUMMINS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13851**

## ORDER

We **DENY** attorney Aaron A. Bartz's November 9, 2015 motion pro hac vice without prejudice to filing a motion that complies with Rule XIX of the Rules Governing Admission to the Bar of Texas. *See* TEX. R. GOVERNING BAR ADMISSION XIX; *see also* TEX. GOV'T CODE ANN. § 82.0361(b) (West 2013) (requiring payment of non-resident attorney fee).

/s/    CRAIG STODDART
       JUSTICE